**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHRISTOPHER BROWN | CIVIL ACTION NO. 24-1522 |
| | SECTION P |
| VERSUS | |
| | JUDGE S. MAURICE HICKS, JR. |
| ROBERT CHAVIS, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Christopher Brown's claims against Bossier Maximum Security Center, Medical Staff, Bossier Parish Sheriff's Department, and Bossier Parish Police Jury are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 30th day of January, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE