# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER BROWN** | **CIVIL ACTION NO. 24-1522** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **ROBERT CHAVIS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## NOTICE OF INTENT TO DISMISS

On January 8, 2025, the Court ordered Plaintiff Christopher Brown to, within thirty days, give the Clerk of Court two (2) completed summonses and one (1) completed USM-285 form for each defendant for service. [doc. # 10]. To date, however, Plaintiff has not complied.

Plaintiff's inaction is grounds for dismissal of this proceeding against the unserved defendants under Federal Rule of Civil Procedure 41(b). The Court, under its inherent power to control the docket, may dismiss an action sua sponte.[1]

**Plaintiff is advised** that within **twenty-one (21) days** of the date of this Notice and in the absence of good cause shown, the Court intends to dismiss the defendants for whom Plaintiff has failed to complete and return the required service documents. FED. R. CIV. P. 41(b).

The Clerk of Court shall attach copies of Documents 10, 10-1, and 10-2 to this Notice.

In Chambers, Monroe, Louisiana, this 1st day of April, 2025.

_____
KAYLA DYE MCCLUSKY
MAGISTRATE JUDGE

---

[1] *See Link v. Wabash Railroad Company*, 82 S. Ct. 1386 (1962); *Rogers v. Kroger, Co.*, 669 F.2d 317, 320-21 (5th Cir. 1982); *Natural Gas Pipeline Co. v. Energy Gathering, Inc*. 2 F.3d 1397, 1407 (5th Cir. 1993).