**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHRISTOPHER BROWN #408902 | CIVIL ACTION NO. 24-1522-P |
| VERSUS | |
| | JUDGE S. MAURICE HICKS, JR. |
| ROBERT CHAVIS, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Plaintiff Christopher Brown's remaining claims against the remaining Defendants are **DISMISSED WITHOUT PREJUDICE** for his failure to comply with the Court's Order and show good cause.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of June, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE